## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 15-1189 consolidated with 15-1014

## ROBERT E. AHEARN

## VERSUS

## CITY OF ALEXANDRIA, ET AL.

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 251,261
HONORABLE THOMAS MARTIN YEAGER, DISTRICT JUDGE

**********

## MARC T. AMY
## JUDGE

**********

Court composed of Jimmie C. Peters, Marc T. Amy, and David Kent Savoie, Judges.

**REVERSED.**

**Brian D. Mosley**
**711 Washington Street**
**Alexandria, LA  71301**
**(318) 484-6100**
**COUNSEL FOR PLAINTIFF/DEFENDANT-IN-**
**RECONVENTION/APPELLEE:**
     **Robert E. Ahearn**

**Thomas D. Davenport, Jr.**
**The Davenport Firm**
**602 Murray Street**
**Alexandria, LA  71301**
**(318) 445-9696**
**COUNSEL FOR APPELLANT:**
     **Thomas D. Davenport, Jr.**

**Catherine L. Davidson**
**Post Office Box 71**
**Alexandria, LA   71309**
**(318) 473-5019**
**COUNSEL FOR DEFENDANTS/PLAINTIFFS-IN-RECONVENTION/APPELLEES:**
    **Catherine L. Davidson**
    **1921 Jackson Street, LLC**

**Martha R. Crenshaw**
**2001 MacArthur Drive**
**Alexandria, LA   71309**
**(318) 445-6471**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **City of Alexandria**

**AMY, Judge.**

For the reasons provided in the companion case, *Robert E. Ahearn v. City of Alexandria, et al.*, 15-1014 (La.App. 3 Cir. _/_/16), _ So.3d _, we reverse the trial court's award of attorney fees and costs in favor of defendants/plaintiffs-in-reconvention/appellees, Catherine Davidson and 1921 Jackson Street, LLC. Costs of this appeal are assigned to Ms. Davidson and 1921 Jackson Street, LLC.

**REVERSED.**